512 P.2d 953

**Daniel ZWILLING, Pro Se, Petitioner,**

v.

**STATE BOARD OF EDUCATION, Respondent.**

No. 9627.

Supreme Court of New Mexico.

Jan. 15, 1973.

Original Proceeding on Certiorari.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1020 be and the same is hereby returned to the Clerk of the Court of Appeals.

512 P.2d 953

**Alfred Ike VICKERY, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9776.

Supreme Court of New Mexico.

July 18, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1076, 85 N.M. 389, 512 P.2d 962, be and the same is hereby returned to the Clerk of the Court of Appeals.

512 P.2d 953

**John E. HOLDEN, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9775.

Supreme Court of New Mexico.

July 18, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1096, 85 N.M. 397, 512 P.2d 970, be and the same is hereby returned to the Clerk of the Court of Appeals.

512 P.2d 953

**CAPITAN DRILLING COMPANY and Chubb/Pacific Indemnity Group, Petitioners,**

v.

**John Hamilton WITCHER, Respondent.**

No. 9584.

Supreme Court of New Mexico.

May 2, 1973.

Original Proceeding on Certiorari

Now, therefore, it is ordered that the Writ of Certiorari issued herein on December 1, 1972 be and the same is hereby quashed as having been improvidently issued.

Further ordered that the record in Court of Appeals Cause No. 923, 84 N.M. 369, 503 P.2d 652, be and the same is hereby returned to the Clerk of the Court of Appeals.